UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO.: 16-CV-60798-DIMITROULEAS (SNOW)

CLARENCE MATTHEWS, an individual,

    Plaintiff,

vs.

NATIONAL SEATING & MOBILITY, INC., a
Foreign Profit Corporation, and PRIDE
MOBILITY PRODUCTS CORPORATION, a
Foreign Profit Corporation,

    Defendants.
_____/

## **DEFENDANT'S RULE 26 DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Pride Mobility Products Corporation (hereinafter "Pride Mobility"), makes the following disclosures concerning the disputed facts alleged with particularity in the pleadings:

## **INTRODUCTORY STATEMENT**

The following disclosures are based on the information reasonably available to Defendant Pride Mobility at this stage of the proceedings. By making these disclosures, Pride Mobility does not represent that it is identifying every document, tangible thing, or potential witness possibly relevant to this lawsuit. Rather, Defendant's disclosures are a good-faith effort to identify information and documents that it reasonably believes is relevant to the factual disputes alleged with particularity in the pleadings.

Moreover, Defendant's disclosures are made without in any way waiving (1) the right to object on the grounds of competency, privilege, work-product doctrine, relevancy and

CASE NO.: 16-CV-60798-DIMITROULEAS (SNOW)

materiality, or other proper ground, to the use of any such information, for any purpose, in whole or in part, in this, any subsequent proceeding, or any other action, or (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are subject to the aforementioned objections and qualifications.

## INITIAL DISCLOSURES

A.   **Individuals Likely to Have Discoverable Information (Fed. R. Civ. P. 26(a)(1)(A)(i))**

Pride Mobility identifies the following individuals who are likely to have discoverable information that it may use to support its defenses:

1. **Clarence Matthews**
   c/o Shiner Law Group
   95 South Federal Highway
   Second Floor
   Boca Raton, Florida 33432

   Mr. Matthews is the plaintiff in this lawsuit and has knowledge regarding the allegations contained in the Complaint.

2. **Corporate Representative of National Seating & Mobility, Inc.**
   c/o Kubicki Draper
   1 East Broward Boulevard
   Wells Fargo Tower – Suite 1600
   Ft. Lauderdale, Florida 33301

   Upon information and belief, National Seating & Mobility, Inc. is the dealer who sold Mr. Matthews the subject wheelchair and its corporate representative has knowledge regarding the sale and purchase of the subject wheelchair.

3. **Corporate Representative of Pride Mobility Products Corporation**
   c/o Golden & Grimes, LLP
   9350 South Dixie Highway PH II

Miami, Florida 33156

Pride Mobility's Corporate Representative has knowledge regarding the products it manufacturers.

4. **Records Custodian of**
   **City of Tamarac**
   PO Box 694176
   Miami, Florida 33269

   City of Tamarac has knowledge regarding the emergency response services provided to Mr. Matthews.

5. **Records Custodian of**
   **University Hospital**
   7201 N. University Drive
   Tamarac, Florida

   University Hospital has knowledge regarding the medical/health care services it provided to Mr. Matthews.

6. **Dr. Jason Haffizulla**
   7875 W Commercial Blvd
   Ft. Lauderdale, Florida 33351

   Dr. Haffizulla has knowledge regarding the medical/health care services he provided to Mr. Matthews.

7. **Dr. Daniel Soberon, MD**
   South Florida Nephrology Associates
   2951 NW 49 Avenue, Ste 101
   Ft. Lauderdale, Florida 33313

   Dr. Daniel Soberon has knowledge regarding the medical/health care services he provided to Mr. Matthews.

8. **Record Custodian of**
   **Physiotherapy Associates**
   7160 N. University Drive
   Tamarac, Florida 33317

   Physiotherapy Associates has knowledge regarding the medical/health care services it provided to Mr. Matthews.

9. **Records Custodian of**
   **Health South Sunrise Rehabilitation Hospital**

>   4399 Nob Hill Road
>   Sunrise, Florida 33351
>
>   Health South Sunrise Rehabilitation Hospital has knowledge regarding the services it provided to Mr. Matthews.

**10.    Any and all other unidentified medical providers of Plaintiff**

By merely identifying the individuals above, Pride Mobility does not consent to Plaintiff directly contacting its current employees or former management employees. Rather, those current or former employees of Pride Mobility may be contacted *via* John D. Golden, Esq. Golden & Grimes LLP, 9350 South Dixie Highway, PH II, Miami, Florida 33156 or at (305) 670-4421.

**B.    Description by Category of Documents (Fed. R. Civ. P. 26(a)(1)(A)(ii))**

Pride Mobility provides the following descriptions of documents, data compilations, and tangible items in its possession, custody, or control that Defendant may use to support its defenses:

- Pride Mobility's Warranty Registration for the subject wheelchair;
- Pride Mobility's Work Order for the subject wheelchair;
- Quantum Q6 Edge Specification Sheet;
- Quantum Q6 Edge Series Owner's Manual;
- Consumer Safety Guide;
- Quantum Q6 Edge Warranty;
- Quantum Rehab Provider Standards;
- Q6 Edge literature;
- Plaintiff's medical/treatment records and diagnostic studies/films;
- All photographs and documents provided by the Plaintiff and/or Co-Defendant National Seating & Mobility, Inc.;

The parties have not completed written discovery, and therefore Pride Mobility will supplement these disclosures to the extent that it learns of other documents that may support its defenses in this action.

### C. Computation of Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii))

Not Applicable.

### D. Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(A)(iv))

Defendant will make a copy of all applicable insurance policies available to Plaintiff for review, inspection and copying at a mutually agreed upon location, date and time.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of May, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

GOLDEN & GRIMES LLP
*Attorneys for Defendant Pride Mobility*
9350 South Dixie Highway
PH II
Miami, Florida  33156
Phone:  (305) 670-4421
Fax:  (305) 670-4353

By: *s/ John D. Golden*
**John D. Golden**
Florida Bar No.: 326399

CASE NO.: 16-CV-60798-DIMITROULEAS (SNOW)

## SERVICE LIST
*Clarence Matthews v. National Seating & Mobility,*
*And Pride Mobility Products Corporation*
Case No.: 16-CV-60798-DIMITRIOULEAS/SNOW

**Lara S. Shiner, Esq.**
*Counsel for Plaintiff*
Shiner Law Group, P.A.
95 S. Federal Highway
First Floor
Boca Raton, FL  33432
Phone:  (561) 368-3363
Fax: (561) 368-3364
Litigation@InCourt.com
Lara@incourt.com
David@incourt.com
*Via CM/ECF*

**Earleen H. Cote, Esq.**
*Counsel for Defendant, National Seating & Mobility*
Kupicki Draper
1 East Broward Boulevard
Wells Fargo Tower, Suite 1600
Fort Lauderdale, FL  33301
Phone: (954) 713-2315
*Via CM/ECF*